1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR98-499 FDB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT AND QUASHING OF |
| | ) | ARREST WARRANT |
| MARIANNE K. BEUGELING, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan B. Dohrmann, Assistant United States Attorney for said District, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, has moved to dismiss the Indictment without prejudice against the defendant, MARIANNE K. BEUGELING, and to quash the arrest warrant in this case.

Based on the government's Motion and the reasons set forth therein, leave of Court is granted for filing of the dismissal of the Indictment without prejudice and the arrest warrant is quashed.

DATED this 29th day of April, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER/BEUGELING - 1
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4  Presented by:
5
6
7  s/Susan B. Dohrmann
8  SUSAN B. DOHRMANN
   Assistant United States Attorney
9  Washington State Bar No. 13475
   United States Attorney's Office
10 700 Stewart Street, Suite 5220
   Seattle, Washington 98101
11 Telephone: 206.553.5326
12 Fax: 206.553.2422
   E-mail: susan.dohrmann@usdoj.gov
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER/BEUGELING - 2
CR98-499 FDB